**COMMITMENT TO ANOTHER DISTRICT**

Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|

| UNITED STATES OF AMERICA  ~~FILED~~ | Docket Number |
|---|---|
| VS | |
| JAVIER SILVA ACOSTA    MAR 5 2007  CLERK, U.S. DISTRICT COURT  EASTERN DISTRICT OF CALIFORNIA | Magistrate Case Number  :07-mj-00010 TAG |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

| X INDICTMENT | □ INFORMATION | □ COMPLAINT | □ OTHER (SPECIFY) |
|---|---|---|---|

CHARGING A VIOLATION OF: 18  U.S.C. § SECTION 2314

**DISTRICT OF OFFENSE** District of Oregon

**DESCRIPTION OF CHARGES:**
Transportation of Stolen Goods in Interstate Commerce

**CURRANT BOND STATUS:** __ Bail fixed at _____ and conditions were not met

__xx__ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

**Representation:** __ Retained Connsel  __ Federal Defender  __x__ CJA Attorney  __ None

**Interpreter Required?** __ No    __X__ Yes    Language: Spanish

TO:    THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named
defendant with a certified copy of this commitment forthwith
to the district of offense as specified above and there deliver
the defendant to the United States Marshal for the District or to
some other officer authorized to receive the defendant.

3/5/2007
Date

Dennis L. Beck, United States Magistrate Judge

| **RETURN** | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) _____  DEPUTY MARSHAL |

as of 10/2000